IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISMAEL ALBERTO CORTEZ-SALAZAR,

        Petitioner,                  No. CIV S-07-1753 LKK KJM P

    vs.

UNITED STATES OF AMERICA,

        Respondent.              ORDER
_____/

        Petitioner, proceeding pro se, has filed a document which the court construes as an application for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner is incarcerated at the California Correctional institution in Tehachapi, California. Tehachapi is located in Los Angeles County. Jurisdiction over this § 2241 petition is proper only in the district in which petitioner's immediate custodian is located. See Monk v. Secretary of the Navy, 793 F.2d 364, 369 (D.C. Cir. 1986) (cited in Ortiz-Sandoval v. Gomez, 81 F.3d 891, 895 (9th Cir. 1996)). Petitioner's custodian is located in the Central District of California. Accordingly, pursuant to 28 U.S.C. § 1631 and in the interests of justice this action will be transferred to the United States District Court for the Central District of California.

/////

/////

1    In accordance with the above, IT IS HEREBY ORDERED that this matter is
2 transferred to the United States District Court for the Central District of California.
3 DATED: August 30, 2007.

_____
U.S. MAGISTRATE JUDGE

1
cort1753.108